THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENEDICT LUST, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SINAI

Gershanek, Appellant. The People of the State of New York, Respondent, v. Mark B. Thompson, Appellant.— Judgments convicting defendants separately of violation of the Education Law, section 66, subdivisions 1 and 3 (unlawfully conferring a degree), unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.